LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:  415.882.3290
Facsimile:   415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA GOLF ASSOCIATION, a California nonprofit corporation,<br><br>Defendant. | Case No. 3:24-cv-06579-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff DAVID OPPENHEIMER and Defendants NORTHERN CALIFORNIA GOLF ASSOCIATION ("Defendant"), by and through their attorneys, hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure that the entire civil action may be and is hereby dismissed with prejudice, with each party bearing that party's fees and costs of suit.

Dated: March 24, 2025     LAW OFFICES OF LAWRENCE G. TOWNSEND

*s/Lawrence G. Townsend*
Lawrence G. Townsend
Attorney for Plaintiff
DAVID OPPENHEIMER

Dated: March 24, 2025        By /s/ *John B. Dawson*
John B. Dawson
CARLE, MACKIE, POWER & ROSS LLP
Attorneys for Defendant

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Lawrence G. Townsend attest to the concurrence in the filing of this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE has been obtained from each signatory representing Defendant.

Dated: March 24, 2025        /s/*Lawrence G. Townsend*
Lawrence G. Townsend

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, and Rule 41(a), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: __March 24__, 2025

_____
Hon. Charles R. Breyer
United States District Judge